IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JASON WAYNE SPRINGER,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5222

Opinion filed July 14, 2014.

An appeal from the Circuit Court for Escambia County.
Terry D. Terrell, Judge.

Jason Wayne Springer, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Jennifer Parker, General Counsel, and Sheron
Wells, Assistant General Counsel, Florida Department of Corrections, Tallahassee,
for Respondent.

PER CURIAM.

    DENIED.

BENTON, CLARK, and OSTERHAUS, JJ., CONCUR.